# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

-v-                                                                    Case No. 6:06-cr-125-Orl-19KRS

STEVEN RALPH DAWSON

_____/

## ORDER

This case was considered by the Court on the Petition on Supervised Release (Doc. No. 1681 filed June 11, 2008), Report and Recommendation of the United States Magistrate Judge (Doc. No. 1738 filed February 23, 2009), and Order to Show Cause at Final Revocation Hearing (Doc. No. 1739 filed February 25, 2009) at a hearing held on April 7, 2009, attended by the Defendant, counsel for the Defendant Michael Donaldson and counsel for the Government Sandra Deisler. Upon hearing matters presented, it is **ORDERED**:

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 1738) is **ADOPTED AND APPROVED**, there being no objection filed.

2. The Petition on Supervised Release (Doc. No. 1681) is **GRANTED**, and the Defendant's supervised release (Doc. No. 1225) filed on February 6, 2007 is **MODIFIED**. The defendant is hereby reinstated to supervision. The original term of supervision shall be extended one year and shall end on July 29, 2010. All previously imposed terms and special conditions of supervised release remain intact. Additional terms of supervision include the following special conditions:

- The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed

an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon completion of this program, the defendant is directed to submit to random drug testing.

- The defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

- The defendant shall cooperate in the collection of DNA, as directed by the Probation Officer.

- The defendant shall refrain from consuming alcohol while on supervision.

- The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Court orders random drug testing not to exceed 104 tests per year.

3. The Court has considered the factors enumerated in 18 United States Code § 3553(a) including the advisory guidelines and policy statements issued by the United States Sentencing Commission.

4. Defendant has been advised of his right to appeal.

**DONE AND ORDERED** at Orlando, Florida this 8 day of April, 2009.

_____
THE HONORABLE PATRICIA C. FAWSETT
UNITED STATES DISTRICT JUDGE

Certified copies furnished to:
U.S. Attorney's Office
U.S. Pretrial Services
U.S. Marshal Service
U.S. Probation Office

Counsel for Defendant
Bureau of Prisons

## Steven Ralph Dawson

## DOCKET NO: 6:06-CR-125-ORL-19KRS

**Original Petition**

This case was considered by the Court on the Petition on Probation and Supervised Release (Doc. No. 1681, filed 06/11/2008), Report and Recommendation of the United States Magistrate Judge (Doc. No. 1738, filed 02/23/2009) and Order to Show Cause at Final Revocation Hearing (Doc. No. 1740, filed 02/26/2009) at a hearing held April 7, 2009, attended by the Defendant, counsel for the Defendant, and counsel for the Government. The Report and Recommendation of the Magistrate Judge is ✓ adopted and approved or ___ rejected

**Adjudication**

The Court finds that the defendant has violated the conditions of Supervised Release and adjudicates the defendant guilty of the following violations:

Guilty: <u>Yes</u> or <u>No</u>

| Yes | No | # | Violation |
|---|---|---|---|
| ☑ | ☐ | 1) | New criminal conduct, Criminal Mischief 1000 Dollars or more, occurring on May 12, 2008, while on supervision in violation of the conditions of supervision: (Grade C Violation) |
| ☐ | ☑ | 2) | New criminal conduct, Driving Under the Influence (2nd Offense), occurring on May 31, 2008, while on supervision in violation of the conditions of supervision: (Grade C Violation) |
| ☐ | ☑ | 3) | New criminal conduct, Driving Under the Influence with property Damage, occurring on May 31, 2008, while on supervision in violation of the conditions of supervision: (Grade C Violation) |
| ☐ | ☑ | 4) | New criminal conduct, Driving Under the Influence with property Damage, occurring on May 31, 2008, while on supervision in violation of the conditions of supervision: (Grade C Violation) |
| ☑ | ☐ | 5) | Positive urinalysis, Marihauna, on April 24, 2008, in violation of Condition 7 of the Standard Conditions of Supervision (Grade C Violation) |

|  |  | 6) | Positive urinalysis, Marihauna, on May 28, 2008, in violation of Condition 7 of the Standard Conditions of Supervision (Grade C Violation) |

**Application of Guidelines & Statutory Provisions**

The Court determines that the applicable guidelines ~~are~~: advisory

__C__ is the Highest Grade violation, ~~and~~ ∧

__I__ is the original Criminal History Category, which calls for

__3__ to __9__ months imprisonment, and

__2__ (years) is the Maximum Statutory penalty, and

__3__ (years) is the Maximum Statutory term of Supervised Release

**Objections**

Are there any objections to the court's findings?

Is there any reason why I should not proceed to sentencing?

### SENTENCE

The Court has asked the defendant and his attorney, and the attorney for the government, why judgment should not now be pronounced, and, after hearing their responses, the Court has found no cause to the contrary. The Court has reviewed the Petition for Revocation of Supervised Release, and the parties have made statements on their behalf ~~or have waived the opportunity to do so.~~

**Adoption of Report and Recommendation**

The Report and Recommendation of the United States Magistrate Judge (Doc. No. __1738__ ) is **ADOPTED AND APPROVED**, there being no objection filed.

| | |
|---|---|
| Petition Granted | The Petition on Probation and Supervised Release (Doc. No. __1681__ ) is GRANTED and the defendant's supervised release (Doc. No. __1220__, filed __02/06/2007__) is: extended 1 year to end July 29, 2010 |
| Revoked | The Court therefore ORDERS that the defendant's Supervised Release is revoked and that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of __3__ YEARS/MONTHS. In imposing this sentence, the Court has considered the factors set forth in 18 U.S.C. § 3553 (a) and the advisory guidelines. |
| Consecutive Federal/State | The term of imprisonment imposed by this judgment shall run consecutively with the defendant's term of imprisonment already imposed or as yet to be imposed in any future sentence in Docket Number 05-2008-CT-031975, Brevard County Court. |
| Remand To Custody | The defendant is hereby remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons. |

OR

| | |
|---|---|
| Voluntary Surrender | The defendant may voluntary surrender, at the defendants own expense, at the institution designated by the Bureau of Prisons on or before Friday, _____. If no designation is made by the Bureau of Prisons by _____, the defendant shall surrender to the Office of the United States Marshal on _____ to be taken into custody. While awaiting designation the defendant shall be released on bond and shall comply with all previously imposed standard conditions of supervision in addition to the following condition: |

The defendant is ordered to immediately proceed to the Office of the United States Marshal for processing and further instructions.

**Recommendation to Bureau of Prisons**
While in the custody of the U.S. Bureau of Prisons, it is requested but not required that the defendant be afforded the following opportunities:

**No New term of Supervised Release**
Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of the Court in this case.

OR

**New term of Supervised Release**
Upon release from imprisonment, the defendant shall serve a ~~one~~ *One year term of* ~~one~~ YEAR/MONTH term of Supervised Release *ending 7-29-2010*. While on Supervised Release, the defendant shall comply with the standard conditions adopted by the Court in the Middle District of Florida. In addition, the defendant shall comply with the following special conditions:

OR

4

| | |
|---|---|
| Reinstated to Supervised Release | ~~The defendant is hereby reinstated to supervision. All previous special conditions remain intact.~~

The defendant is hereby reinstated to supervision. The original term of supervision shall be extended for a period of _1 year_. All previously ordered special conditions remain intact.

~~The defendant is hereby reinstated to supervision. The terms of supervision are modified to include the following special conditions:~~ |

## SPECIAL CONDITIONS

| | |
|---|---|
| Home Detention | The defendant shall participate in the Home Detention program for a period of __ days. During this time, the defendant will remain at his place of residence except for employment and other activities approved in advance by the Probation Office. The defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Office. Further, the defendant shall be required to contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office based on your ability to pay. |
| Drug Aftercare | The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, the defendant is directed to submit to random drug testing. |
| No Alcohol | The defendant shall refrain from consuming alcohol while on supervision. |

| | |
|---|---|
| Mental Health | The defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services. |
| RRC Confinement | The defendant shall reside at the Residential Reentry Center (RRC) for a period of ___ days/months and shall observe the rules of that facility. While at the center, you shall be placed in the Community Confinement Component of the program, follow all center rules, and the probation officer's instructions regarding the implementation of this court directive. Further, you shall contribute towards the cost of subsistence and may be required to pay for a physical examination at your own expense prior to entering the program. Cost of transportation to and from the RRC shall be the responsibility of the offender. |
| Community Service | The defendant shall perform ___ hours of community service and follow the probation officer's instructions regarding the implementation of this court directive. |
| DNA Collection Policy | The defendant, having been convicted of a qualifying offense, shall cooperate in the collection of DNA as directed by the probation officer. |
| Waiver of Mandatory Drug Testing | The mandatory drug testing requirements of the Violent Crime Control Act are waived. However, the Court authorizes random drug testing not to exceed 104 tests per year. |
| Mandatory Drug Testing | The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Court authorizes random drug testing not to exceed 104 tests per year. |

| | |
|---|---|
| Factors Enumerated in 18 U.S.C. § 3553/Advisory Guidelines | In imposing this sentence, the Court has considered the factors set forth in 18 U.S.C. § 3553(a) and the advisory guidelines and policy statements issued by the U.S. Sentencing Commission in imposing sentence. |
| Final Objections | The Court having pronounced sentence, does counsel for the defendant or Government have any objections to the sentence or to the manner in which the Court pronounced sentence, other than those previously stated for the record? |
| Appeal of Sentence | The defendant has the right of appeal from the judgment and sentence within ten (10) days from this date. Failure to appeal within the ten day period shall be a waiver of your right to appeal. The government may file an appeal from this sentence. The defendant is entitled to assistance of counsel in taking an appeal, and if the defendant is unable to afford a lawyer, one will be provided for you. If the defendant is unable to afford the filing fee, the Clerk of the Court will be directed to accept the Notice of Appeal without such fee. |
| Instructions to Clerk | The Clerk is instructed to attach this sentencing statement to the Judgment in a Criminal Case for Revocation of Probation or Supervised Release. |